359 A.2d 364
**COMMONWEALTH of Pennsylvania**
v.
**Barbara HARTMAN, Appellant.**

Supreme Court of Pennsylvania.
Submitted March 8, 1976.
Decided July 6, 1976.

George P. Micacchione, Asst. Public Defender, New Castle, for appellant.

Howard C. Klebe, Asst. Dist. Atty., New Castle, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.